| | |
|---|---|
| GEORGE PHILIP HERTZOG JR., <br><br> Plaintiff, <br><br> v. <br><br> CHILD PROTECTIVE SERVICES DEPT OF SOCIAL AND HEALTH SERVICES et al. <br><br> Defendants. | CASE NO. C11-5899-RBL-JRC <br><br> ORDER GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed two motions asking for an extension of time to respond to the Court's Order to Show Cause why this action should not be dismissed prior to service (ECF No. 9 and 10). In the first motion, he complains that he lacks access to a law library. In the second motion, plaintiff complains that the law library was allegedly closed for a portion of December.

1   Plaintiff has shown good cause for an extension of time and the motion is GRANTED. A
2   response to the Order to Show Cause, (ECF No. 8), will be due on or before February 3, 2012.
3   Dated this 9th day of January, 2012.

_____
J. Richard Creatura
United States Magistrate Judge