UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE PHILIP HERTZOG JR., <br><br> Plaintiff, <br><br> v. <br><br> CHILD PROTECTIVE SERVICES DEPT OF SOCIAL AND HEALTH SERVICES et al. <br><br> Defendants. | CASE NO. C11-5899-RBL-JRC <br><br> ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is dismissed without prejudice. All pending motions are denied. Plaintiff may not challenge his conviction and sentence in a civil rights action

DATED this 20th day of March, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1